# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-2536

_____

United States of America

*Plaintiff - Appellee*

v.

Marcos Tulio Lopez, also known as Marcos Tulio Lopez-Ramirez, also known as
Marcus T. Lopez, also known as Mario T. Lopez, also known as Marvin Ramirez,
also known as Mario Roberto Alvarado, also known as Ricar Machorro-Salas

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: January 7, 2016
Filed: January 12, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Marcos Lopez directly appeals after he pleaded guilty to a federal immigration charge, and the district court[1] sentenced him within the unobjected-to Guidelines range to 50 months in prison and three years of supervised release. His counsel has moved to withdraw, and in a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), he challenges the substantive reasonableness of Lopez's sentence.

Upon careful review, we conclude that the court did not abuse its discretion in refusing to vary below the Guidelines range, and that the resulting sentence is not substantively unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review); <u>United States v. Jordan</u>, 573 F.3d 586, 590 (8th Cir. 2009). Further, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

Accordingly, we affirm. Counsel's motion to withdraw is granted.

_____

[1] The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.